**Electronically Filed
Supreme Court
SCPW-24-0000146
23-MAY-2024
08:17 AM
Dkt. 12 ODDP**

SCPW-24-0000146

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HYE JA CHOI,
Petitioner,

vs.

THE HONORABLE LISA W. CATALDO,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Remigio, in place of Ginoza, J., recused)

Upon consideration of self-represented petitioner Hye Ja Choi's March 8, 2024 petition for writ of mandamus (petition), the March 15, 2024 supplemental submission, the March 25, 2024 notice, and the record, petitioner has not demonstrated a clear and indisputable right to relief, and/or a lack of alternative means to obtain the relief sought. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166

(2023); <u>Barnett v. Broderick</u>, 84 Hawai'i 109, 111, 929 P.2d 1359, 1361 (1996).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawai'i, May 23, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Catherine H. Remigio

